```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  1:12-CR-00299 LJO-SKO
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )  STIPULATION TO
                                     )  ADVANCE HEARING AND
14                                   )  ORDER
    SALVADOR GALLEGOS, JR.,          )
15                                   )
                                     )
16                                   )
                Defendant.           )
17  _____)
```

18      Defendant, by and through his attorney, PETER JONES, and the

19 United States of America, by and through its attorneys, BENJAMIN

20 B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant

21 United States Attorney, hereby enter into the following

22 stipulation:

23      The parties to the above-captioned matter agree to advance

24 the February 4, 2013, hearing date as to this defendant and reset

25 ////

26 ////

27 ////

28 ////

1

the matter for a change of plea on Tuesday, January 22, 2013, at 8:30 a.m.

DATED: January 9, 2013                     Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

                                           /s/ Peter Jones
                                           PETER JONES
                                           Attorney for Defendant
                                           Salvador Gallegos, Jr.

### O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of February 4, 2013, as to the above-named defendant, is hereby advanced to January 22, 2013, at 8:30 a.m. for a change of plea.

IT IS SO ORDERED.

**Dated:   January 9, 2013**            **/s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2