**FILED**

MAY 11 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00299 LJO |
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| SALVADOR GALLEGOS, JR. | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on May 11, 2015.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: May 11, 2015

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1